COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Timothy Birotte
Elayn Hunt Correctional Center DOC No. 450835
6925 Highway 74, Fox 6
St. Gabriel LA 70776

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on June 20, 2024 |

**REHEARING ACTION: June 20, 2024**

**Docket Number: 24   00269-KH**

**STATE OF LOUISIANA**
**VERSUS**
**TIMOTHY BIROTTE**

**Writ Application from Evangeline Parish Case No. 116918-F**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sharon Darville Wilson**
   **Hon. Charles G. Fitzgerald**
   **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Timothy Birotte** is:

   **REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent